CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Phone: (702) 799-5373
Fax:   (702) 799-5505
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RHONDA WILKINSON,

    Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT,

    Defendant.

CASE NO. 2:05-cv-1083-JCM(RJJ)

**EX PARTE MOTION TO EXTEND TIME TO FILE PRE-TRIAL ORDER**
(First Request)

COMES NOW, Defendant Clark County School District ("District"), and hereby files this *ex parte* request to extend the time for the parties to file their Pre-Trial Order for two (2) weeks from February 4, 2011 to February 18, 2011. This request is based upon the following Memorandum of Points and Authorities, attached affidavit of counsel and the other papers and pleadings on file with the Court.

DATED this 2nd day of February, 2011.

    CLARK COUNTY SCHOOL DISTRICT
    Office of the General Counsel

By: _____/s/_____
S. SCOTT GREENBERG
Nevada Bar No. 4622
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Attorneys for Defendant

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

A status conference for this matter was held by Magistrate Judge Johnston on January 5, 2011. Plaintiff, who is not represented by counsel, had unilaterally filed a Pre-Trial Order (Docket No. 98). That unilateral filing was stricken and February 4, 2011, was set as the date for filing the parties' joint Pre-Trial Order. Docket No. 99. It is requested that the current deadline be extended to February 18, 2011, to allow the parties time to finalize their Pre-Trial Order and file it with the Court.

### II. LEGAL ANALYSIS

Local Rule 16-4 requires the parties file a joint Pre-Trial Order. The parties have exchanged three (3) drafts of the document.[1] Due to Plaintiff's *pro se* status, the parties have been limited to mailing drafts to each other. Exhibit 1. The parties have almost finalized the document but still have a few issues to finalize. The undersigned received Plaintiff's most recent request for revisions today and will be sending her a revised draft this week. It is believed the document can be finalized within the next two (2) weeks for filing.

This short extension for filing the Pre-Trial Order will not unduly delay this matter and is proper under Rule 6(b)(1). This request is being made by way of this motion rather than seeking a stipulation due to the time involved in obtaining an executed stipulation with Plaintiff as a *pro se* litigant.

---

[1] Although Plaintiff is generally responsible for drafting the Pre-Trial Order, the undersigned agreed to draft the document at the status conference using Plaintiff's unilateral filing as a starting point.

-2-

## III. CONCLUSION

Based upon the above, it is requested that the deadline for filing the Pre-Trial Order be extended from February 4, 2011, to February 18, 2011.

Respectfully submitted,

CLARK COUNTY SCHOOL DISTRICT
Office of the General Counsel

By: _____/s/_____
S. SCOTT GREENBERG
Nevada Bar No. 4622
Nevada Bar No. 4622
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Attorneys for Defendant

**IT IS SO ORDERED:**

_____
U.S. MAGISTRATE JUDGE

DATED: March 2, 2011

# EXHIBIT 1

# EXHIBIT 1

**AFFIDAVIT OF S. SCOTT GREENBERG**

STATE OF NEVADA )
                ) SS:
COUNTY OF CLARK )

S. Scott Greenberg, Esq. being first duly sworn, deposes and states:

1. I am an attorney duly licensed to practice before all courts in this state and am counsel of record for Defendant in Wilkinson v. CCSD, Case No. 2:05-cv-1083-JCM(RJJ). I am making this affidavit upon my personal knowledge

2. At the status conference, I agreed to prepare the Pre-Trial Order beginning with Plaintiff's unilaterally filed document as a starting point. I have sent three (3) drafts to Plaintiff as of this date. Today, I received Plaintiff's latest request for revisions and will be sending her a revised draft before the end of the week.

3. The only method to get documents to Plaintiff is mailing them to her.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/18/11                         /s/
                                      S. SCOTT GREENBERG