# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RHONDA WILKINSON,

       Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT,

       Defendant.

2:05-CV-1083 JCM (RJJ)

## ORDER

Presently before the court is defendant Clark County School District's emergency motion to move the currently scheduled calendar call from April 4, 2012, to the week of March 19, 2012. (Doc. #110). Plaintiff Rhonda Wilkinson has not opposed the motion to reschedule.

Good cause being shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that defendant's emergency motion to move calendar call (doc. #110) be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that the parties appear for calendar call on March 21, 2012, as directed by this court's upcoming order regarding trial.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that the trial in this matter is still tentatively scheduled to begin April 9, 2012, and is not being moved to the March 21, 2012, trial stack.  The court recognizes defendant's representation that they may request the trial begin on April 10, 2012, as opposed to April 9, 2012, and will address this request at the calendar call.

DATED February 27, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -